Karen C. Carrera (SBN 165675)
Virginia R. Villegas (SBN 179062)
Edris W.I. Rodriguez (SBN 284784)
VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Tel:    (415) 989-8000
Fax:    (415) 989-8028

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ARANA MORENO, JULIAN CASSANOVA POOT, LIBORIO CHAN, LUIS ALBERTO COLLI PERRERA, EDGAR DIAZ, JOSE MENCIA, RAUL ENRIQUE MISEK, SAMIR ROQUE, and JUAN ANTONIO SALDIVAR, individually and on behalf of other similarly aggrieved employees,<br><br>  Plaintiffs,<br><br>  vs.<br><br>IGNITE RESTAURANT GROUP, INC. DBA JOE'S CRAB SHACK and CRAB ADDISON, INC., DBA JOE'S CRAB SHACK, and DOES 1 to 20,<br><br>  Defendants. | Case No.: CV 13-5091 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, a case management conference in the instant action has been scheduled for
2  February 7, 2014;

3  WHEREAS, Plaintiffs JUAN CARLOS ARANA MORENO, JULIAN CASSANOVA
4  POOT, LIBORIO CHAN, LUIS ALBERTO COLLI PERRERA, EDGAR DIAZ, JOSE
5  MENCIA, RAUL ENRIQUE MISEK, SAMIR ROQUE, and JUAN ANTONIO SALDIVAR
6  ("Plaintiffs") filed a Motion for Leave to File a First Amended Complaint and to Remand to
7  State Court (hereafter "Plaintiff's Motion to Amend and Remand") on January 27, 2014, seeking
8  to amend Plaintiffs' Complaint and challenging this Court's jurisdiction over this action;

9  WHEREAS, Defendants IGNITE RESTAURANT GROUP, INC. and CRAB
10 ADDISON, INC.'s ("Defendants") opposition to Plaintiffs' Motion to Amend and Remand is
11 due on February 10, 2014;

12 WHEREAS, the date for the hearing on Plaintiffs' Motion to Amend and Remand is
13 March 21, 2014;

14 WHEREAS, Plaintiffs and Defendants ( "the Parties") believe that the Court should first
15 determine whether it has jurisdiction over this case before conducting a case management
16 conference, and that a case management conference will not be as productive as it would
17 otherwise be until the Court has ruled on Plaintiffs' Motion to Amend and Remand;

18 WHEREAS, the Parties have not previously requested a continuance of the February 7,
19 2014 case management conference;

20 WHEREAS, the Parties believe such a continuance would serve the purposes of judicial
21 economy, would have no substantial effect on the scheduling of matters in this case, and will not
22 prejudice any party.

23 WHEREFORE, for the foregoing reasons, the Parties stipulate and agree that the case
24 management conference scheduled for February 7, 2014 at 2:30 p.m. be continued to a date that
25

VILLEGAS/CARRERA, LLP
Attorneys At Law
San Francisco

is convenient for the Court following the March 21, 2014 hearing on Plaintiffs' Motion to Amend and Remand.

Dated:

By: /s/ Edris W.I. Rodriguez
   Karen C. Carrera
   Virginia R. Villegas
   Edris W.I. Rodriguez
   VILLEGAS/CARRERA, LLP
   Attorneys for PLAINTIFFS

By: /s/ S. Shane Sagheb
   Michael S. Kun
   S. Shane Sagheb
   Ted A. Gehring
   EPSTEIN BECKER & GREEN, P.C.
   Attorneys for DEFENDANTS

**ORDER**

Having considered the foregoing, the Court hereby orders as follows:

1) The stipulation be, and hereby is, granted; and

2) The case management conference in this action be, and hereby is, continued until 2:20 p.m. on April 18, 2014.

_____
Hon. Susan Illston
U.S. District Court Judge